NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH BUTLER, JR.,               )
                                  )
            Appellant,            )
                                  )
v.                                )       Case No. 2D17-4457
                                  )
STATE OF FLORIDA,                 )
                                  )
            Appellee.             )
_____)

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Chris Helinger,
Judge.

Joseph Butler, Jr., pro se.


PER CURIAM.

        Affirmed.  See §§ 775.084(1)(c)(1)(a), 776.08, Fla. Stat. (1997); Clines v. State, 912 So. 2d 550 (Fla. 2005); Young v. State, 739 So. 2d 553 (Fla. 1999); Zink v. State, 951 So. 2d 34 (Fla. 2d DCA 2007); Curi v. State, 36 So. 3d 853 (Fla. 3d DCA 2010); Ubilla v. State, 8 So. 3d 1200 (Fla. 3d DCA 2009); Mullins v. State, 970 So. 2d 376 (Fla. 3d DCA 2007); Cala v. State, 854 So. 2d 840 (Fla. 3d DCA 2003); Wright v. State, 834 So. 2d 879 (Fla. 3d DCA 2002); Middleton v. State, 721 So. 2d 792 (Fla. 3d DCA 1998).


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.